Exhibit Cover Sheet
Plaintiff, Thomas Terrance Torrel Vs. MARTIN'S FAMOUS PASTRY SHOPPE
CIVIL ACTION

# Sworn Affidavit of 8 month Statements, claim, and facts

# Exhibit M

Exhibit Cover Sheet
Plaintiff, Thomas Terrance Torrel Vs. MARTIN'S FAMOUS PASTRY SHOPPE
CIVIL ACTION

  

1st Continental Congress United States     United Nations Charter / United Nations Covention on Economic, Social, and Cultural Rights     1st Pan-African Congress

# Sworn Affidavit of Notice

**Affiant / Secured Party / Claimant**
©Thomas, Terrance Torrel
Authorized Representative for TERRANCE T THOMAS™, Estate
[All derivatives thereof]
c/o 4364 Johnson Road South
Valdosta, [Georgia]; Republic [31601]
Non-Domestic, Real Land of North America

VS.

**Respondent(s)**
*Corporate Campus*
**Mr. Jim Martin,** *Owner*
Martin's Famous Pastry Shoppe
1000 Potato Roll Lane
Chambersburg, PA 17202

*Valdosta Georgia Campus*
**Scott Munger,** *Director of Operations*
Martin's Famous Pastry Shoppe
2000 Potato Roll Lane
Valdosta, GA 31601

**July 5, 2014**

USPS Certified Mail No. *70133020000168661707* (verifiable at www.usps.com)

Notice to Agent is Notice to Principle and Notice to Principle is Notice to Agent

The Affiant ©Thomas, Terrance Torrel standing as *self-governing* of *sui juris* character being over the legal / lawful age of (18) eighteen years of age states and claims his rightful place as age *Majority* who is fully competent to handle his own commercial affairs.

**STATEMENT 1:** I, Thomas, Terrance Torrel hereby claim, declare, and state under duly sworn oath to following.

**FACT 1:** The Respondent(s), Martin's Famous Pastry Shoppe is *Privately owned* Coporation based in Chambersburg, Pennsylvainia and Valdosta Georgia.

**FACT 2:** That the Affiant is a former employee at the Valdosta Campus of Martin's Famous Pastry Shoppe. The Affiant was hired at Martin's originally as a 3rd shift "Load Coordinator" on September 15, 2008.

**FACT 3:** The Affiant was promoted to 3rd Shift Line Control Supervisor by December 2008.

**STATEMENT 2:** On November 30, 2012 an informal investigation was launched against me. The first discriminatory offense against me was "coincidental" but an over site by Stephen Raney (Assistant Plant Manager #2). An event took place on Monday November 26th a day I was not present, I was on my regular day off when the problem occurred. Jesse Massey (Assistant Plant Manager#1), Ernest Jackson (Relief Supervisor) was the supervisor present that day. Jesse and Ernest were engaged in a conflict regarding certain employees who were perceived to be less skilled. I was indirectly pulled into this conflict the following day (Tuesday). I was told by my manager (Jesse Massey) to question an employee regarding her work performance from the prior day. This questioning leads the employee feeling skeptical, and cynical of my motives

*The Affiant hereby invokes the Civil Authority Flag which is Superior to military.*

  

1st Continental Congress United States | United Nations Charter / United Nations Covention on Economic, Social, and Cultural Rights | 1st Pan-African Congress

considering I was not there the day of. (Which I highly regret, but I was just following orders). These events lead to an investigation on me. Stephen Raney called me into H.R. on Friday November 30th. Once I sat down Stephen read about 13 "alleged" accusations and/or infractions that I "violated".

Every bullet that was on the paper was subjective information and opinionated suggestions. I told Stephen this in the meeting and he ignored me, argued with me, and insulted me. At the time of this investigation Stephen had only been an Assistant Manager for a couple of months. Before this he was a closed door Human Resource Manager. Here is a list of some of the infractions listed on my first written warning along with proper explanations for each one.

1. **Employees are not rotated through all work-stations in comprehensible or a consistent manner.** (Explanation: I asked Stephen how he knew I was not rotating the people correctly, he said "I went into your filing cabinet at the supervisor's desk and looked through all your old schedules you had saved for the last year". I said, "Stephen had you have asked me up front why this seems this way I would have explained to you my strategy on why I made these decisions. Since you are new to your position on how everything works I would have gladly shown and explained to you what I did." My Reasons: It was clearly evident, we had received a new employee from another department; I received Pam Gallihan as a new operator shortly after I was promoted to the second shift supervisor position back in December 2011.

What I learned about the crew I inherited is that some of the operators were not properly trained or proficient at their jobs and had been at Martins for three years at that time. In my opinion this was due to the prior supervisor of second shift, Kay Langston (no longer at Martin's). So knowing what my goals were I had a clear objective, which was to properly evaluate and retrain if need be some of my weaker operators. So I had some operators who needed some help and a new operator on my hands. I had to get Mrs. Pam G. up to speed as fast as she would go. In adding her to our schedule it caused her to spend weeks at a time well after her ninety-day probationary period; which means during this process the schedule would be interrupted... There was also an operator, Aissa Duncan who had been here right at three years at the time and she was not trained at the palletizer position. She was the only senior person on the shift who had not received this training. This also would slow or interrupt the flow of the schedule... Also including we were short of staff in comparison to first shift at the time and not to mention call outs, and vacations.

So what Stephen did was assumed rather than ask me to explain to him my motives concerning the schedule... I also told him if I was trying to hide and/or mistreat people unfairly, I would have throne my old schedules away or at least not have stored them in such an obvious place.

2. **Showing favoritism to certain employees. Explanation:** In any group of people as it pertains to work ethic and/or job performance you will have persons who go above and beyond the normal expectations, you have people who will do just enough to get by, and you will have those who find it hard maintaining a consistent drive overall or in certain areas of their job performance. At that time one of my best operators was Sherria Howard. Sherria at that time was the most consistent operator I had and was always willing to help those around her. I chose Sherria to help with some scheduled retraining assistance on the main bread Machines 15D, 15E, 15H, aslo 15A,15B,15C, (such as guide rail position adjusting, and tips on a more organized approach to setting up their machines) with some of my weaker operators. I did verbalize this to my immediate supervisor Jesse Massey beforehand.

One of the many issues at Martin's is that they don't give performance based raises yet. So this means it becomes easy for the weaker operators to hide amongst the good and the excellent. Everyone makes the same pay so some employees feel entitled to their pay checks and feel they should not have to perform at certain levels in order to improve, grow, and stay consistent. So needless to say this ruffled a few feathers with of course the weaker operators. So they tried to throw me under the bus with accusations of favoritism. Once again, if Stephen had asked me or performed a simple coaching session with me, in order to sincerely get to the bottom of the

*The Affiant hereby invokes the Civil Authority Flag which is Superior to military.*

  

1st Continental Congress United States    United Nations Charter / United Nations Covention on Economic, Social, and Cultural Rights    1st Pan-African Congress

matter I would have gladly broke information down to him. Stephen did not; he applied opinionated and cynical information to my charge without a fair and thorough evaluation on my thoughts and reasoning.

Now by using Sherria to train may not have been the best approach but this is why I let my supervisor Jesse Massey know beforehand. Jesse was fully aware that she was a very good operator, and I told him she showed good leadership potential. When I gave him this information it would have been in the best interest of Martin's management and supervision in general to come up with the best approach to this fixable issue. This did not happen. So I indirectly hit a rough patch of road and this negative light was unfairly put on me. I treated her with the same respect, rules, and regulations as anyone else on the shift.

### 3. Mishandling employees that are perceived to be less skilled in their job.
**Explanation:** Stephen used the word "perceived" out of context. I am a supervisor, definition: which is to watch, observe, study as it pertains to behavioral and operator performance. A part of my accountability is my opinion. My opinion is used for the best interest of Martin's and the operators. "Mishandled", another word misused; Stephen did not see me in his professional opinion misuse anyone. So why did we not do a coaching session going forward to hear my side out? He listened and followed through again on opinionated and cynically motivated information.

### 4. Sharing confidential and personal information about employees and himself to subordinates. Explanation:
It is human nature to fellowship, build rapport, and learn from each other. Since we also work at a bread bakery, bread is in constant motion around us on automated conveyors all day long. When things are running well we do what humans do, talk. Now as a supervisor I understand I have to limit myself from certain unproductive and inappropriate conversation. So again Stephen did not hear anything I said on the floor because he was not there, so his information was purely subjective. Stephen also failed to mention *any* details concerning the so called "personal information." The only thing I recall that could have been taken out of content was conversations with Sherria Howard during her training different individuals. I had brief follow ups with how training was going. To make another point; a couple weeks prior to this investigation taking place I had to write Sherria Howard up on bad clips that were ran on her machine. She retaliated against me, by cutting off all communication with me, and telling a bunch of lies to people concerning me to sour or sabotage all other conversational rapport and trust around me with the other crew members. This is a common reaction in supervision when having to discipline people. Unfortunately the timing of this event clashed into another. Many would call it "the perfect storm..." Stephen or anyone in management plus my self could have done the simple addition to figure out where the problems were **rooted** at. Stephen did not properly or sincerely want to seek or solve the problem as a leader or ethical piece of management.

### 5. Conducted counseling and evaluating sessions with subordinates without another supervisor present. Explanation:
I have been a Production Line Control Supervisor in the packaging department at Martin's for almost five years, and in my first two and a half years(December 2008-2010) I conducted all my disciplinary matters without another supervisor. Once I completed a disciplinary document on any employee, I made copies for myself, my manager (Jesse Massey), and H.R... Management and Human Resources never said a thing to me about it. Stephen Raney was Human Resources at that time... There was never anything said or discussed to me about not having another supervisor present. (NOTE: The former line control supervisor before me conducted disciplinary sessions without another supervisor present.) (Kay Langston) So what Stephen did was add a totally irrelevant claim to my charge. Stephen did not become Assistant Plant Manager until July or August of 2012. So for him to reach back and add this to my charge was just fraudulent. It was not only unethical, but personally damaging. Having evaluations without another supervisor present is also an incorrect, and an unethical lie. I have detailed documentation with dates and times with the supervisors who were with me in the meetings. Once again Stephen Raney was not a manager at this time. I did not start conducting my disciplinary meetings with other supervisors until my supervisor (Jessy Massey) said I could.

*The Affiant hereby invokes the Civil Authority Flag which is Superior to military.*

  

1st Continental Congress United States  •  United Nations Charter / United Nations Covention on Economic, Social, and Cultural Rights  •  1st Pan-African Congress

Jessy also gave me a word of advice, because a couple of my employees tried to discredit me by coming to Jesse stating that because of my constructive criticism of their observed and inconsistent work performance, (this was a way to divert this factual light from themselves or each other.) I received verbal permission from my supervisor (Jesse Massey) that I could conduct pre-evaluations for positive and constructive feedback for the employees just before the real evaluations. Even after I did the official evaluations there was no reprimand from my manager or H.R... Jessy just told me I could not use my evaluation papers in conjunction with Martin's "official" evaluation forms.

**6. Humiliated and embarrassed employees during a department meeting and on production floor. Explanation:** Again Stephen Raney did not sit down and ask me what happened during the meeting. He just took opinions of a few motive driven employees as a matter of fact. Like I stated before Martin's does not conduct performance based evaluations at this time. So it makes it easy for inconsistent operators who poorly perform to hide amongst higher performers.

Everyone makes the same base pay and receives the same amount in raises each year. I have been at Martin's of Valdosta Georgia since they opened in 2008. I would have been a Supervisor at Martin's Famous Pastry Shoppe for five years coming this December 2014. A lot of the employees I supervise started there when I did, so I have a pretty good and fair gage of their work ethics applied to job performances; strengths and weaknesses.

Some of the weaker operators all claim entitlement to their jobs because their money or benefits do not change if they work hard or not. This too explains a big part of their motives towards me. I am a very ethical supervisor who calls it like I see it, especially on how consistent I see it. I believe their motivations are to initiate claims that are based in a desire to discredit my knowledge and constructive criticism of their inconsistent work performances after being inconsistent operators for right at five years. Martin's has hired at least five new employees who have outperformed a few of the senior employees in under a year.

**STATEMENT 3:** Their accusations are subjective, petty, and opinionated. I mentioned all of this to Stephen (Assistant Plant Manager) and April Tate (Human Resource Manager) (April Tate is no longer at Martin's) and I was ignored, and told I was a "weak" supervisor. That remark was personal and ignorant, considering he had been plant manager for eight months and has observed my work performance less than a handful of times, and has no real professional insight or a sincere fair assessment of my work ethic. He has no real honest rapport with me professionally or personally. I know Stephen Rainy had something personal against me. After I challenged his falsified claims he has been watching me and any mistakes or reluctant missteps I make in order to control or ruin my career.

The week of March 21, 2013; I took a week's vacation to relieve myself from the stress and oppressive atmosphere at Martin's Famous Pastry Shoppe. My vacation lasted from Thursday March 21st until Sunday the 31st 2013. On Monday April 1, 2013 I was approached by Cassey "Twine" Carmichael at the Line Control supervisor's desk. (During this time Martin's was preparing and planning training for the new "Cinnamon Raisin Swirl Bread" lines. As head second shift supervisor I was unaware and had been uninformed by management and had only been giving acknowledgement by "Vince Revels "Production" Supervisor" weeks prior to Monday April 1, 2013 that him and "Ernest Jackson "Relief" Line Control Supervisor" had been sent to Chambersburg Pennsylvania for "CRSB training".)

When Cassey approached me she said "I guess I will be with you and second shift next week". I said, really... She said "no one told you?" I said no..., but good I'm sure we could use your help next week. Our conversation carried over the stairs to the time clock where Cassy said "no matter what these individuals do out here (as she points to offices and administrative area outside the production floor where management's offices are housed.) They can never take away what God has for you." I said we'll thank you, I'll keep that in mind. After Cassey clocked out to go home, I stood there thinking, why would no one from management mention to me about Cassey training

*The Affiant hereby invokes the Civil Authority Flag which is Superior to military.*


1st Continental Congress United States


United Nations Charter
United Nations Covention on Economic,
Social, and Cultural Rights


1st Pan-African Congress

on my shift next week and how is she going to train when she is not a supervisor and has received zero training with zero experience with the new machines...

As I made my way back over to the supervisor's desk, Ernest Jackson "Relief" Line Control Supervisor at the time was standing at the desk, he was substituting for the 1st shift Line Control Supervisor that day. I asked him as I usually do about how the day went and was there any concern or events that happen today that would affect the second shift team. After summing up his day at work, I ask Ernest if he had heard anything about Cassey training the second shift. He said no, at first. Then he said immediately follow " O yeah, Carlos did show me an email in Max Hopkins Load Coordinator Supervisor's office that said Cassey is supposed to be going to Chambersburg PA to train. I said, well...

How come no one has told me anything? He says, "I don't know..., but I saw it with my own eyes..." From there I wrapped up our conversation and we parted ways. I thought to myself, why was I not informed of this training and why don't I see an email sent to the Line Control Supervisor's desk. Why would an email concerning my direct job be sent to Max Hopkins office who has nothing to do with the Packaging Department?? Then I thought why would Carlos have any clue what kind of information Max Hopkins would have in his personal yet "professional" email? Furthermore why would Vince and Ernest have been sent to learn and train for entire week at the companies' expense just to come back and have Cassey Twine a production operator train my shift...? (I use "My", reluctantly but in conjunction with *my direct accountability*) So I had a deep and overwhelming feeling that something, shady, unethical, and totally unprofessionally was brewing behind my back.

So the first thing I did was think of who I needed to talk to and that was my immediate supervisor Jesse Massey. I saw Jessy out on the production floor in packaging passing through. I told Jessy I needed to talk to him as soon as he had a chance. He said "okay sure," with a reluctant attitude. The rest of his day ended and he did not "remember" to speak with me that day. The next day I saw him he said nothing to me at all regarding me telling him that I need to speak with him. For a second time I sought out to find Jesse and tell him how I really needed to speak with him. He said "Terrance unless it's really important I can't, I'm really busy". I said in a concerned voice; yes it's really important. So he took me into the conference room at the rear of the building in dough prep to talk. He walks into the door way first then I follow and before I can get the door closed he says "Terrance whatever it is I can't say anything". I said Jesse, I have not said one word yet...? What do you mean you can't say anything?

He said, "Terrance I'm just not at liberty to say..." So I just made the statement any way in hopes he would give me a hint of information. I said, what's this I'm hearing about Cassey going to Chambersburg to train and why is know one telling me anything? Jesse says once more, "Terrance I'm just not at liberty to say..." And Jesse walks out the door. I then went to Stephen Raney's office, to talk to him. When I walked into his office, I said Stephen can I speak to you for a minute. He said, "Sure" I said, can you tell me is Cassey Twine going to Chambersburg to train second shift and why has no one told me? When I made that statement he had a very surprised look that quickly morphs into a mischievous cynical look on his face. Stephen then makes the statement as his response to my question by saying, "I'll let you know next week..." I said next week? You can't tell me now? He said once again, I'll let you know next week..." The feeling I got from him was very shady and I knew then that he was conspiring against me.

When I left Stephen's office, I went to talk to Scott Munger, "Operations Manager" When I walked in Scott's office; I asked if I could speak with him and that it was important. Scott said "sure" and I sat down. I told Scott, no disrespect but since I have been at Martin's I can count on three fingers how many personal conversations we have had so excuse me if I'm a little nervous. Scott respondent to that statement with a dodge ball answer of "Well you know since becoming Operations Manager I've been really busy..."

*The Affiant hereby invokes the Civil Authority Flag which is Superior to military.*


1st Continental Congress United States


United Nations Charter
United Nations Covention on Economic,
Social, and Cultural Rights


1st Pan-African Congress

During this conversation with Scott, I explained to him what was happening and all he could tell me after being at Martin's for all most five years is "If what your saying is true then you don't have anything to worry about…" "Terrance… I would tell you like I would tell someone in my own family, if you're not happy with your job… Just find a new job… He cut the conversation short because that was all he was going to discuss of the matter. That conversation with Scott was a slap in the face, clearly he saw me as expendable with no care in world about my situation to sincerely hear me out, considering I had spoken to everyone within my chain of command.

On April 6th 2013 Stephen Raney work night shift to fill in for a Dough Prep Production Supervisor. I was on duty that night on second shift supervising in Packaging. I was headed back to the Load Coordinators office to use the phone to call my wife, it was well past ten hours now and I need to inform her on how let we might be getting off tonight. On my way to the office I saw Stephen over by the Doc doors looking around. Stephen clearly seen me enter into the Load Coordinators office we made direct eye contact. I literally to sixty seconds to tell my wife what time I was getting off. As I hang up the phone Stephen walks by the office and looks at me. When I came out of the office I walk over to Stephen at the hand wash station outside of the office. I asked him was everything okay, Stephen shook his head and said yes.

On April 10th 2013 I was called into the office, written up, giving a three day suspension, and demoted from my position as lead second shift supervisor. When I first came into the H.R. office I saw that he had a disciplinary paper on the table. I asked Stephen, if I could explain any of the accusation you're about to read, will it make a difference in the outcome. He stated "no!" I was guilty of one accusation the rest were petty findings that anyone who has personnel grudge against you could immaturely point out. These "findings" along with those of Nov. 30th where used in conjunction to systematically humiliate, bully, control, discredit, and remove me from my current position. After Stephen finished going over the accusations I told him in front of the H.R. personnel who was a temp from Chambersburg PA. When I seen that one of the accusations was "using the phone without permission."

I told Stephen well that night when I asked you out by the wash station you said everything was ok, if you sincerely and professionally was try to discipline me why didn't you just make the comment then. I said Stephen I have been using the phone back here for years to quickly update my family on time scheduling to pick me up from work. I said Stephen I know you have something personal against me and you're out to get me." He looked me right in my eyes with a sinister look and said "YOU CAN'T PROVE IT!" I just felt that Stephen Raney is taking advantage of the motive driven people on my shift to capitalize and use his authority against me. I also felt he had a lot of people intimidated and fearful of losing their jobs and so they bow down accordingly to appease him. I also felt he tells certain information to certain supervisors, who leak private information onto the floor workers.

I refused to sign the November 30th's accusations and the April 10th's as well. Now at that point I felt like I could not effectively do my job to the best of my ability. I felt anything I said can be taken out of content and used against me. Stephen Raney (Assistant Plant Manager # 2) broke the respect that I had fairly and honestly earned through the years. He tarnished my reputation and was trying to defame my character. The day to day stress and anxiety I felt has taken a toll on my family and my finances do to three day suspension and now a wrongful termination. The accusations I have listed here are not all that were unfairly laid to my charge. Moving forward, I tried to make the best of each day. I walked around on egg shells most days trying to stay busy at all times, with little to no personal conversation.

Lastly the confidentiality at Martin's had been driven way passed breached. Stephen Raney and Ernest Jackson the relief supervisor who took my place as head shift supervisor of second shift along with floor employees started acting together in furtherance to use me as a "SCAPEGOAT" on a matter of mutual interests such as future promotions, compensation, benefits or workplace conditional favor; which has violated my confidentiality by purposely manipulating the investigation that set the course and transpired these negative events. I felt I didn't have any confidential protection and had been left subject to embarrassment, co-worker retaliation, and

*The Affiant hereby invokes the Civil Authority Flag which is Superior to military.*


1st Continental Congress United States


United Nations Charter
United Nations Covention on Economic,
Social, and Cultural Rights


1st Pan-African Congress

bullying. I was under the subjection of ostracism as a result of what turned out to be unsubstantiated allegations. The investigation that was launched on Nov. 30th 2012 to the more recent events has turned into organized chaos that was never neutral. Not to mention the further conflict of interest from having Stephen Raney who is the former H.R. manager who is still acting in both positions at this point. The fact that we had two assistant plant managers whose roles had never been clearly defined to anyone below management. I believe Stephen Raney did what he wanted to do unprofessionally and without ethics. Private information was leaked out, people were talking, and co-workers started ganging up on me directly and indirectly as side effect of it.

A new employee who was hired about five or six months before all this occurred on second shift by the name of Sirica Roberts told me on Wednesday night April 24th 2013 that Stephen Raney took up statements from a majority of second shift of accusations against me a night while I was off; likely my normal two days off before being suspended. Sirica told me she was harassed and pressured by other employees to write a statement as well. Sirica told me she said to the other employees, "no! I will not write a statement against Terrance, he's never done anything against me. That man has a wife and kids! If you all want to get this man fired you all do it on your own, but I want no part of it." She told me this during work hours why coincidently working together reworking baskets of 12 slice product. She apologized to me about what had transpired against me and showed deep conviction by expressing to me how unfair and manipulative her other co-workers were being. She told me that the ring leader of the manipulation was Cheryl Johnson. Sirica said Cheryl called her naive and said that Sirica didn't know any better. Sirica also stated that Cheryl told other co-workers that "if we all write something there wouldn't be anything he could do."

Sirica also told me her and Lessie Bright were the only two who did not write statements, and then quickly stated: that's what "Lessie" told her but she was not a hundred percent sure though. I was now a rotating supervisor who relieves first shift too. I felt Stephen Raney may have also had first and second shift floor employees watching and monitoring my work and interactions with other employees. Gossip and spin had run rapid on the floor concerning me and this ongoing "silent" feud with management and the second shift employees. I hear something new almost every day. I took notes but never entertained the back biting, and twisted allegations. At this point the stress load that I was carrying was a heavy burden to bare each day...

**STATEMENT 4:** The Affiant suspects he was targeted and in turn became a victim of *suspected* "White Supremacy". *Suspected* White Supremacy that covertly or overtly, resides within the culture, policies, procedures and operations of this public and/or private institution of Martin's Famous Pastry Shoppe. The Affiant believes it creates and maintains systems that direct the distribution of power and "substantive" opportunity to the benefit of White people and to the exclusion and division of Blacks and minorities by perpetrating the illusion of inclusion while operating under the scapegoated and slanted guise of politics.

**FACT 4:** "Supervisor" legal definition, according to 29 USC Code subsection 152 (11) The term "supervisor" means any individual having authority, in the interest of the employer, to hire, transfer, suspend, lay off, recall, promote, discharge, assign, reward, or discipline other employees, or responsibly to direct them, or to adjust their grievances, or effectively to recommend such action, if in connection with the foregoing the exercise of such authority is not of a merely routine or clerical nature, but requires the use of independent judgment.

**CLAIM 1:** "Supervisor" according to Martin's Famous Pastry's means an individual who is giving only the illusion of having authority to act in the interest of the employer, but depending on your skin tone or how much you are willing to become their personal lapdog is the bases of how far they marginalize your authority or choose to recognize that authority as valid. An individual used as political pun to shield upper management from any petty or serious legal issues and who is completely unconstitutionally, unethically, and unconscionably expendable. Someone management can use to enforce policies and speak through while they are covered from any legal or illegal liability or accountability.

*The Affiant hereby invokes the Civil Authority Flag which is Superior to military.*

  

1st Continental Congress United States    United Nations Charter
United Nations Covention on Economic,
Social, and Cultural Rights    1st Pan-African Congress

**FACT 5:** The Affiant sought and exercised his right to relief by addressing the chain of command at Martin's famous Pastry Shoppe in regards to the discriminative behaviors displayed by management.

**FACT 6:** April of 2013 The Affiant was told by Scott Heintzelman, Vice President of Martin's Famous Pastry Shoppe at the end of a supervisor meeting at the Fairfield Hotel in Valdosta, after the Affiant shook his hand Scott stated, "Terrance good to see you, we should talk sometime I have been hearing something's."

**FACT 7:** The Affiant reached out to Scott Heintzelman on May 29, 2013 through the email address of sheintzelman@mfps.com with the following distressing message:

Scott, I would like to thank you for your visit yesterday and for beginning to get fair and honest dialogue going regarding Martin's management and supervision! I felt it was a missed opportunity for me and you to have some one on one dialogue concerning your statement you told me during the first leadership meeting. You mentioned that you have been hearing some things and that maybe we could talk. So I would like to follow up with you.

I felt yesterday may have not been the best time so I kept reserved. Scott I would like very much to discuss some growing concerns that I have experienced in the last six to eight months specifically on discriminatory factors such as; coercion, ostracism, and the use of company policies/authority without professional and ethical discretion. I feel these concerns can be dealt with and governed (ethically) since you are trying to reaffirm its real meaning in all our hearts. I am reaching out with a sincere heart for your counsel and your sincere indiscriminate will you seem to have. I would love to shed some light on anything you have been hearing that would appear to have my character or job performance perceived as less than.

Thank you in advance for your time and the opportunity to be sincerely/ethically heard and evaluated.

Terrance Thomas
Martin's Famous Pastry's Shoppe
Valdosta Georgia
Line Control Supervisor

**FACT 7:** Scott Heintzelman, responds back to the Affiants email on and stated the following:

"Terrence, thank you for your email. I really have nothing to say other than I have the utmost respect for Scott Munger, Julie Griffie and Stephen Raney - and they are in agreement about your performance...and it is not good.

They believe you do not have self-awareness about how poor of a supervisor you are. They also have received feedback from your team to support this. I am sure if we spent hours talking, you would try to convince me everyone else is wrong. The bottom line is, I am going to trust my team and your team in the evaluation of you.

Therefore, I am going to defer to them on communication with you.

If you do not like this response, I highly encourage you to look for employment somewhere else."

Good night.

                       **Scott Heintzelman**
                       VP Finance & Administration

*The Affiant hereby invokes the Civil Authority Flag which is Superior to military.*


1st Continental Congress United States


United Nations Charter
United Nations Covention on Economic,
Social, and Cultural Rights


1st Pan-African Congress

800.548.1200
717.263.9580 Ext 1702
Potatorolls.com

**Exhibit B:** An email *record* between the Affiant and Scott Heintzelman VP of Martin's Famous Pastry Shoppe.

**CLAIM 1:** Stephen Raney Assistant Plant Manager No. 2, Scott Munger Operations Manager, and Scott Heintzelman Vice President, Julie Griffie, Human Resource Director and Kevin Allen, Maintenance Manager of Martin's Famous Pastry Shoppe are all *suspected* of practicing systematic systems of discriminatory White Supremacy.

**CONCLUSION: 1** All White Management / Upper Management for over 50 years and up to the day 7/10/2014 I was wrongfully fired gives rise to *Suspected* White Supremacy. Many African descents that work for Martin's have applied for Management positions (with Associate's / Bachelor's degrees) including myself and have been turned down or never spoken to or about the position. Months had gone by and no word about the position, then all of a sudden a White person pops out nowhere in the position. Martin's strictly hides behind the guise of politics when it comes to being a "real" equal opportunity employer.

**STATEMENT: 5** Martin's Famous Pastry Shoppe of Valdosta had gone well over a year or more with no Human Resource manager, when dozens of African descents had applied and had been over looked. Martin's seems to hand pick who they want. Scott Munger of the Valdosta Plant uses the Human Resources at his discretion for his and Martin's Famous personal and political gain. They don't want anyone in that position who will be an *even* or *fair* advocate for Martin's employees. Management hand picks people out of their "Good Ole Boy" system of *suspected* White Supremacy organization.

**FACT 8:** The Affiant reported Martin's Famous Pastry Shoppe to the EEOC in Savannah Georgia in May of 2013.

**FACT 9:** The Affiant was WRONGFULLY DISCHARGED and terminated from Martin's Famous Pastry Shoppe on July 10, 2013.

**FACT 10:** In July of 2013 the Affiant was initially denied unemployment benefits.

**FACT 11:** On August 8th 2013 the Affiant filed an appeal for unemployment benefits.

**FACT 12:** On August 30, 2013 and September 17th, 2013 the hearings took place by phone for the appeal of the Affiants unemployment benefits.

**FACT 13:** On September 18th, 2013 the decision regarding the Affiants appeal was mailed to the Affiants home address.

**Exhibit A:** *Prime facie* evidence letter of *record* from the Atlanta Georgia Department of Labor Appeals Tribunal Docket No. 34776-13, hearing and their final decision, affirming that Affiant was wrongfully terminated and the Affiants was eligible to receive benefits.
O.C. G.A. 34-8-194 (1) (2) (A) and O.C. G.A. 34-8-195 (A) (3)

**CLAIM 2:** Martin's Famous Pastry Shoppe of Valdosta has injured / damaged the Affiant under 18 USC subsections 246 – *Deprivation of Relief Benefits* and the Affiant believe he is a *Bona Fide* injured party and is seeking financial retribution.

**CLAIM 3:** Martin's Famous Pastry Shoppe of Valdosta has injured / damaged the Affiant under 18 USC subsection 241- *Conspiracy against Rights* and the Affiant believes he is a *Bona Fide* injured party and seeking financial retribution.

*The Affiant hereby invokes the Civil Authority Flag which is Superior to military.*


1st Continental Congress United States


United Nations Charter
United Nations Covention on Economic,
Social, and Cultural Rights


1st Pan-African Congress

**CLAIM 4:** Martin's Famous Pastry Shoppe of Valdosta has injured / damaged the Affiant under The False Claims Act, 31 USC subsection 3729-3733; Bars private employers from firing, demoting, suspending, threatening, or harassing an employee because of the employee investigated for, initiated, testified in, or provided assistance in an action under the False Claims Act. The Affiant believes he is a *Bona Fide* injured party and seeking financial retribution.

**CLAIM 5:** Martin's Famous Pastry Shoppe of Valdosta has injured / damaged the Affiant under *Libel* and *Slandered* Defamation of Character and the Affiant believes he is a *Bona Fide* injured party and seeking financial retribution.

**FACT 14:** Due to the wrongful termination of the Affiant from Martin's Famous Pastry Shoppe of Valdosta, financial hardship has been a heavy burden on the Affiant and the Affiants family. The Affiant has suffered emotional and psychological damage such as sleep deprivation, depression, migraine headaches, a loss of appetite, a loss of health insurance to provide for the Affiants self and family, a loss of the Affiants 401k benefit's for retirement, a loss of property. The Affiant was force to live off and fully exhaust his 401k benefits, put in a position of duress and obligation to accept Government assistance.

**CLAIM: 6** Financial compensation debts are owed to the Affiant from Martin's Famous Pastry Shoppe and the Affiant believes he is a *Bona Fide* injured party and seeking financial retribution.

**CONCLUSION 2:** On the day the Affiant was terminated from Martin's July 10, 2013, during the meeting between the Affiant, Stephen Raney Assistant Plant Manager, Kevin Allen Maintenance Manager, and Julie Griffie Human Resource Director. Julie attended the meeting via video conference. During this meeting the Affiant tried to tell them that there was no credible evidence that what they were terminating the Affiant for was valid. The Affiant also told management that what was happening was discrimination under false pretense, group collated conspiracy, and coercion.

The Affiant was ignored and wrongly fired, humiliated, punitively damaged, career sabotaged, and his family train wreck and left to suffer. The Affiant and his family of *six* have suffered for over one year and six months total; Since November 30, 2012 to the Present day do the reckless, unprofessional, unethical, ignorant, non-tolerant, heartless behavior of *suspected* White Supremacy.

I am truly sorry Martin's Famous Pastry Shoppe lost an invaluable opportunity to have such a loyal, honest, family oriented, respectful, fun loving, intelligent go getter like me; Thomas, Terrance Torrel who was fully devoted to Martin's Famous Pastry Shoppe. But as you can see management "ignorantly" let this situation transpire with improper discretion and dishonest judgment.

When I spoke with Julie Griffin, Stephen Raney, Scott Munger, or Scott Heintzelman, all of them took Stephen Raney's "word" on everything without truly evaluating things for themselves and never gave a man like myself a second thought, I was expendable and not worth the time and not worth a thorough investigation. I understand people make mistakes, but coordinated missteps like this are unacceptable and so costly. I believe that even in 2014 *suspected* White Supremacy has a new face and is more covert and overt than ever. It is now woven into the social, economic, and political fabric of our lives by the implementation of institutional racism and social engineering. You don't have to take my word for it; just doing on to others as you would have done on to you is one way. Letting go of ego, falsified perceptions, and negative profiles would be second. If you cared enough to honestly study the *history* of *"suspected"* White Supremacy would be third and then sincerely evaluating you own hearts would be last…

**CLAIM 7:** The Affiant is seeking financial compensation for himself and his family for the emotional, psychological, financial damages and suffrage the Respondent(s) Martin's Famous Pastry Shoppe has caused the Affiant from November 30, 2012 through this Present date. The

*The Affiant hereby invokes the Civil Authority Flag which is Superior to military.*

  

1st Continental Congress United States    United Nations Charter / United Nations Covention on Economic, Social, and Cultural Rights    1st Pan-African Congress

Affiant claims suit for the full and total amount of his owed financial restitution in the amount of ($500,000) Five-Hundred Thousand US Dollars from Martin's Famous Pastry Shoppe.

**FACT: 15** This is a duly sworn affidavit of Notice and a *Private* contract set in admiralty and the Affiant hereby gives *consideration* in the form of *forbearance* of suit for a reasonable period of time, (21) twenty-one days to respond to this sworn notice, as per **Federal Rules of Evidence Rule 301** which makes the Respondent(s) response **Mandatory and all elements of a contract must be in place.**

**FACT 16:** The Respondent(s) has received from the Affiant under sworn notary witness (3) three *private International / Admiralty / Maritime contracts* and the Respondent(s) being under **mandatory obligation to respond to all contractual terms and conditions within at the Affiants request, per The Federal Rules of Evidence Rule 301; and all elements of a contract must be in place** which includes this Sworn Affidavit of Notice before 7/10/2014 delivered by USPS Certified Mail.

**CLAIM 8:** The Affiant would be willing to settle out of court for the adjusted amount of ($150,000) One Hundred and Fifty Thousand US Dollars from the Respondent(s) Martin's Famous Pastry Shoppe.

**CONCLUSION 3**: If you wish to rebut any statements, claims, facts, or conclusions herein, you must respond with (21) twenty-one days of service, in writing, to the Affiants above address via registered or certified mail and provide proof of claim, **under sworn oath with full commercial liability and under penalty of perjury.** A lack of response or one that does not contain proof of the Affiants' mistaken understanding, rebutted on a point-by-point basis will result in automatic default judgment and permanent estoppel by acquiescence.

The Affiant agrees that *if* the Respondent(s) chooses to settle out of court; once a *valid* check in the amount of ($150,000) One Hundred and Fifty Thousand US Dollars is made out to the Affiant, and is cashable for at least (90) ninety days. The Affiant then will agree to seek NO further restitution of *any kind* from the Respondent(s) Martin's Famous Pastry Shoppe or any of its owners and/or employees, only then will this matter be sealed *with* Prejudice.

**PREVIOUS AGREEMENT AND CONTRACTS**
This Contract supersedes all past agreements from the day of August 1, 2008 to July 10, 2013 whether written or oral, between the Affiant and the Respondent(s) in regards to the Employee Account, Badge No. 3601. The Affiant hereby revokes and rescinds any all prior grants, conveyances, notes, trust, agreements, and/or contracts by and between the Respondent(s) and the Affiant.

*The Affiant hereby invokes the Civil Authority Flag which is Superior to military.*

  

1ˢᵗ Continental Congress United States

United Nations Charter
United Nations Covention on Economic,
Social, and Cultural Rights

1ˢᵗ Pan-African Congress

## Verified Affidavit

IN WITNESS WHEREOF, I Thomas, Terrance Torrel of the *Thomas* family, Sui Juris, solemnly and verify that I have read the forgoing, and know its contents to be true to the best of my knowledge, except as to the matter which are therein stated on my information or belief, and as to those matters, I believe them to be true. This instrument is submitted upon good faith effort that is grounded in fact, warranted by existing law for edification of the Just and the Un-Just submitted for proper purposes, and not to cause harrasment and unnecessary delay or costs, so help me God. See Supremacy Clause
(The Constitution, Laws, and Treaties are all the supreme Law of the Land.)

I declare under the penalty of perjury, under the laws of the *Republic* of Georgia, that the foregoing is true and correct.

Very truly yours,                                             L.S.

By, _____  Sui Juris

©Thomas, Terrance Torrel of the *Thomas Family*

Beneficial Owner of TERRANCE T THOMAS™, Estate
*Record Owner, Trade Name Owner, Registered Owner*

No assured value, No liability Errors & Omissions Accepted

Void Where Prohibited By Law

All Rights Reserved.

WITHOUT RECOURSE - NON-ASSUMPSIT

*The Affiant hereby invokes the Civil Authority Flag which is Superior to military.*


1st Continental Congress United States


United Nations Charter
United Nations Covention on Economic,
Social, and Cultural Rights


1st Pan-African Congress

*Using a Notary on this document does not create an adhesion contract with the state, nor does it alter the status of Thomas, Terrance Torrel of the Thomas family in any manner. Nor is the use of a Notary to be construed as entrance into any foreign jurisdiction, but is used for VERIFICATION purposes ONLY*

Georgia   State

Lowndes County

On this day came before me the Affiant, a living flesh and blood man to oath and attest and affirm the signature is true, complete, and correct on the foregoing affidavit.
©Thomas, Terrance Torrel, the above signed, who is personally known be me or upon proper oath and identification, personally came before me, the subscriber, a notary public in and for Lowndes County in the State of Georgia, and Duly Affirmed the of the foregoing Affidavit in my presence. The Affiant also acknowledged the signing thereof to be his own voluntary act and deed, signing the within instrument in my presence and for purpose therein stated.

Date: 07-05-14

My commission expires on: July 1, 2017

Notary Public: _____ seal:
Fed. R. Evid. 902(B)

> Claudia Jaqueline McCoppin
> Notary Public
> My Commission Expires
> July 1, 2017

(X) Notary Acknowledgment FRE 902(B); I the Notary hereto this (International) Commercial Affidavit, duly depose, that the person executing this document, is personally known to me, or he has presented sufficient evidence to establish his lawful identity & status; I accept same as evidence of the facts presented., I depose nothing more; executed by My signature & Seal, as authorized under My Commission.

*The Affiant hereby invokes the Civil Authority Flag which is Superior to military.*